UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| RYAN R. KINNERSON | CIVIL ACTION NO. 16-cv-720 |
| VERSUS | JUDGE ELDON E. FALLON |
| ARENA OFFSHORE, LP, SPARROWS OFFSHORE, LLC and TEXAS CREW BOATS, INC. | MAG. JUDGE VAN MEERVELD |

**MOTION IN LIMINE/DAUBERT MOTION TO EXCLUDE REPORT, OPINIONS AND TESTIMONY OF PLAINTIFF'S EXPERT ECONOMIST AND VOCATIONAL REHABILITATION CONSULTANT**

Sparrows Offshore, LLC, Arena Offshore, LP, Paloma Energy Consultants, L.P. and SeaTran Marine, LLC (hereinafter collectively referred to as "Defendants"), respectfully move this Honorable Court for an Order excluding the report, opinions, and testimony of Glenn M. Hebert, Plaintiff's designated expert vocational rehabilitation consultant, and John W. Theriot, Plaintiff's designated expert economist, from the trial in this matter on the issues and topics discussed more fully in the attached memorandum.

Plaintiff's experts' opinions, reports, and testimony should be excluded because they are speculative, conjectural, and are not based on the facts in the record of this case. The opinions are not based on reliable methodology. Plaintiff's experts' opinions are, therefore, not in compliance with the evidentiary standards for expert testimony outlined in Rule 702 of the Federal Rules of Evidence and by the United States Supreme Court in *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579, 113 S.Ct. 786, 125 L.Ed. 469 (1993) and its progeny.

[SIGNATURES ON FOLLOWING PAGE]

1

Respectfully submitted,
BROWN SIMS, P.C.

BY:    /s/ L. Lane Roy
       L. LANE ROY (#11513)
       600 Jefferson Street, Suite 800
       Lafayette, LA 70501
       Tel: (337) 484-1240
       Fax: (337) 484-1241
       E-mail: lroy@brownsims.com
COUNSEL FOR: *Sparrows Offshore, LLC*

NEUNER PATE

BY:    /s/ Kevin P. Merchant
       KEVIN P. MERCHANT - #24559
       CAROLYN C. COLE - #33066
       One Petroleum Center, Suite 200
       1001 West Pinhook Road
       Lafayette, Louisiana 70503
       Telephone: (337) 237-7000
       Fax: (337) 233-9450
       Email: kmerchant@neunerpate.com
*COUNSEL FOR:* **Arena Energy, LP and SeaTran Marine, LLC**

FRILOT, LLC

BY:    /s/ Brandon K. Thibodeaux
       BRANDON K. THIBODEAUX (#32725)
       ANDREW D. deKLERK (#1045)
       T. PATRICK O'LEARY (#30655)
       3800 Energy Centre
       1100 Poydras Street
       New Orleans, LA 70163
       Tel: (504) 599-8010
       Fax: (504) 599-8110
       E-mail: bthibodeaux@frilot.com
              adeklerk@frilot.com
              poleary@frilot.com
COUNSEL FOR: *Paloma Energy Consultants, L.P.*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been filed electronically with the Clerk of Court and served upon all counsel of record using the Court's CM/ECF system.

Lafayette, Louisiana, this 10th day of May, 2019.

/s/ L. Lane Roy