**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| RYAN KINNERSON | CIVIL ACTION |
| VERSUS | NO. 16-720 |
| ARENA OFFSHORE, LP, ET AL | SECTION: L (1)<br>Judge Eldon E. Fallon<br>Mag. Judge van Meerveld |

J U D G M E N T

Considering the Court's Findings of Fact and Conclusions of Law entered herein on September 13, 2019, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that the Court finds that Plaintiff Ryan Kinnerson has sustained injuries and damages due to Defendant Sparrows Offshore, LLC's negligence. Accordingly, Plaintiff is entitled to recover from Sparrows Offshore, LLC the following damages:

(a) Past medical expenses - $171,188.57.

(b) Future medical expenses - $1,109,039.00.

(c) Past loss wages, fringe benefits and meals - $469,875.76.

(d) Future loss of wage-earning capacity, fringe benefits and meals - $2,760,014.00.

(e) Past physical pain and suffering, mental anguish, and loss of enjoyment of life - $400,000.00.
(f) Future physical pain and suffering, mental anguish, and loss of enjoyment of life and permanent disabilities - $900.00.00.

The total amount awarded to Plaintiff is $5,810.117.33.

IT IS FURTHER ORDERED that Plaintiff is entitled to prejudgment interest running from the date of judicial demand through the date of Judgment on the above-mentioned past

damages at the federal judicial rate. Moreover, the Court awards post-judgment interest on the total award amount at the federal judicial rate until paid.

New Orleans, Louisiana, this 17th day of September, 2019.

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**